THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LARRY G. PHILPOT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PEMCO MUTUAL INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No.: 2:20-cv-01564-JLR<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

　　　　Pursuant to Local Rules 7 and 10(g), the parties through their undersigned counsel submit for the Court's approval this stipulation to extend the time for Defendant to answer or otherwise respond to the First Amended Complaint by forty-five (45) days. In support of this stipulation, the parties state as follows:

　　　　Plaintiff filed his First Amended Complaint on April 19, 2021. The Complaint was served on Defendant on May 11, 2021, which under Fed. R. Civ. P. 12(a) required Defendant to respond by June 1, 2021. The parties engaged in settlement discussions and on June 1, 2021 requested an extension until June 15, 2021 for Defendant to respond to the First Amended Complaint, which the Court granted. Because the parties remain engaged in settlement discussions, the parties hereby stipulate and agree to an additional 45-day extension of time for Defendant to respond to the First Amended Complaint, from June 15, 2021 to July 30, 2021.

　　　　//

　　　　//

STIPULATION TO EXTEND TIME TO RESPOND
TO FIRST AMENDED COMPLAINT
Case No. 2:20-cv-01564-JLR — 1

SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

Dated this 15th day of June 2021.

| HOERSCHELMANN DIETZ PLLC | SEED IP LAW GROUP LLP |
|---|---|
| s/Nathan A. Hoerschelmann<br>Nathan A. Hoerschelmann, Esq.<br>Washington Bar No. 33592<br>1143 Martin Luther King Jr Way #145<br>Seattle, Washington 98122<br>Tel: (206) 953-8735<br>Email: nathan@hdpnw.com<br><br>*Attorneys for Plaintiff* | s/Thomas A. Shewmake<br>E. Russell Tarleton, WSBA No. 17006<br>Thomas A. Shewmake, WSBA No. 50765<br>701 Fifth Avenue, Suite 5400<br>Seattle, WA 98104<br>Telephone: (206) 622-4900<br>Facsimile: (206) 682-6031<br>Email: RussT@seedip.com<br>Email: TomShewmake@seedip.com<br><br>*Attorneys for Defendant* |

8006653_1

STIPULATION TO EXTEND TIME TO RESPOND
TO FIRST AMENDED COMPLAINT
Case No. 2:20-cv-01564-JLR

2

SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

**[PROPOSED] ORDER**

Pursuant to stipulation, it is so ordered.

DATED this 16th day of June, 2021.

_____
THE HONORABLE JAMES L. ROBART
United States District Judge