THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LARRY G. PHILPOT,

  Plaintiff,

v.

PEMCO MUTUAL INSURANCE COMPANY,

  Defendant.

Case No.: 2:20-cv-01564-JLR

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR INITIAL DISCLOSURES AND JOINT STATUS REPORT AND DISCOVERY PLAN**

NOTE ON MOTION CALENDAR:
June 18, 2021

## STIPULATION

Pursuant to Local Civil Rules 7 and 10(g), the parties, through their undersigned counsel of record, hereby request from the Court an extension of 45 days to the deadlines for the parties to serve their initial disclosures and submit a joint status report and discovery plan.

The Court initially set the deadlines for the parties to serve initial disclosures and submit a joint status report and discovery plan under FRCP 26(f) and Local Civil Rule 26(f) as June 14, 2021 and June 21, 2021, respectively (Dkt. 17). On June 14, 2021, pursuant to the parties' request, the Court extended the deadline for the parties to serve initial disclosures to June 21, 2021. The parties hereby stipulate and agree that these deadlines should be extended by an additional 45 days, to August 5, 2021, for the reasons set forth below.

Good cause exists to extend these deadlines because the parties are engaged in settlement negotiations that may resolve their dispute. The requested deadline extensions will permit the parties to devote their time and efforts toward reaching a potential settlement, rather than toward discovery and related litigation tasks that may ultimately prove to be unnecessary.

STIPULATION AND [PROPOSED] ORDER TO EXTEND
INITIAL DISCLOSURES AND JOINT STATUS REPORT
Case No. 2:20-cv-01564-JLR  1

Seed Intellectual Property Law Group LLP
701 Fifth Avenue, Suite 5400
Seattle, Washington 98104-7092
(206) 622-4900

For these reasons, the parties request that the Court extend the deadlines for the parties to serve initial disclosures and submit a joint status report and discovery plan as follows:

Initial Disclosures Pursuant to FRCP 26(a)(1):  August 5, 2021

Combined Joint Status Report and Discovery Plan
as Required by FRCP 26(f) and Local Civil Rule 26(f):  August 5, 2021

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

Dated this 18th day of June 2021.

HOERSCHELMANN DIETZ PLLC

s/Nathan A. Hoerschelmann
Nathan A. Hoerschelmann, Esq.
Washington Bar No. 33592
1143 Martin Luther King Jr Way #145
Seattle, Washington 98122
Tel: (206) 953-8735
Email: nathan@hdpnw.com

*Attorneys for Plaintiff*

SEED IP LAW GROUP LLP

s/Thomas A. Shewmake
E. Russell Tarleton, WSBA No. 17006
Thomas A. Shewmake, WSBA No. 50765
701 Fifth Avenue, Suite 5400
Seattle, WA 98104
Telephone: (206) 622-4900
Facsimile: (206) 682-6031
Email: RussT@seedip.com
Email: TomShewmake@seedip.com

*Attorneys for Defendant*

8030659_1

STIPULATION AND [PROPOSED] ORDER TO EXTEND
INITIAL DISCLOSURES AND JOINT STATUS REPORT
Case No. 2:20-cv-01564-JLR      2

Seed Intellectual Property Law Group LLP
701 Fifth Avenue, Suite 5400
Seattle, Washington 98104-7092
(206) 622-4900

**[PROPOSED] ORDER**

Pursuant to stipulation, it is so ordered.

DATED this 21st day of June, 2021.

                                   _____
                                   THE HONORABLE JAMES L. ROBART
                                   United States District Judge